THE CITY OF NEW YORK v. NORTHERN TERMINAL CORPORATION and Others.—

Motion granted. Present — Clarke, P. J., Dowling, · Merrell, Finch and McAvoy, JJ.